IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA,

v.   20-CR-80-A

COURTLAND RENFORD,

Defendant.

---

## SUPERSEDING INFORMATION
(Title 18, United States Code, Section 2101(a))

### COUNT 1

**The United States Attorney Charges That:**

On or about May 30, 2020, in the Western District of New York, the defendant, COURTLAND RENFORD, did use a facility of interstate and foreign commerce, that is, a cellular telephone, with intent to commit any act of violence in furtherance of a riot, as defined in Title 18, United States Code, Section 2102(a), and to organize, participate in, and carry on a riot, and during the course of such use, and thereafter, performed, and attempted to perform, any other overt act for the purpose of committing any act of violence in furtherance of a riot and organizing, participating in, and carrying on a riot.

**All in violation of Title 18, United States Code, Section 2101(a).**

DATED: Buffalo, New York, October 12, 2021.

>                                JAMES P. KENNEDY, JR.
>                                United States Attorney
>
> BY:    _____
>                                JEREMIAH E. LENIHAN
>                                Assistant United States Attorney
>                                United States Attorney's Office
>                                Western District of New York
>                                138 Delaware Avenue
>                                Buffalo, New York 14202
>                                716/843-5805
>                                Jeremiah.Lenihan@usdoj.gov